(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL, #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
ARMITDEEP MANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARMITDEEP MANN,<br><br>Defendant. | Case No.: 1:12-CR-340 AWI-BAM<br><br>**AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THERON** |

   **IT IS HEREBY STIPULATED** by and between the parties hereto that the Status Conference currently scheduled for January 28, 2013, at 1:00 p.m. be continued to **February 25, 2013, at 1:00 p.m.** before the Honorable Barbara A. McAuliffe.

   We are currently in the process of ongoing lengthy investigation.

   Accordingly, counsel respectfully requests that the Status Conference relative to Armitdeep Mann, Majnot Nanner, and Vincent Rivas-Felix be continued to February 25, 2013, at 1:00 p.m.

   The parties agree that time can be excluded under the Speedy Trial Act from January 28, 2013, to, and including, February 28, 2013, based upon the counsel's need to adequately prepare and review all discovery in this case and that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

   Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date. Counsel's office has communicated with

Assistant U.S. Attorney, Kevin Rooney, Attorney Tony Capozzi and Assistant Federal Defender Marc Days who have expressed no objection to the instant request.

DATED: January 23, 2013.

                NUTTALL & COLEMAN

                BY:   /s/ Roger T. Nuttall
                ROGER T. NUTTALL
                Attorneys for Defendant
                ARMITDEEP MANN

DATED: January 23, 2013.

                LAW OFFICES OF ANTHONY P. CAPOZZI

                BY:   /s/ Anthony P. Capozzi
                ANTHONY P. CAPOZZI
                Attorneys for Defendant
                MANJOT NANNER

DATED: January 23, 2013.

                OFFICE OF THE FEDERAL DEFENDER

                BY:   /s/ Marc Days
                MARC DAYS
                Attorneys for Defendant
                VINCENT RIVAS-FELIX

DATED: January 23, 2013.

                OFFICE OF THE UNITED STATES ATTORNEY

                BY:   /s/ Kevin P. Rooney
                Assistant U.S. Attorney

# **O R D E R**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from January 28, 2013, to, and including, February 25, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Status Conference currently scheduled on January 28, 2013, at 1:00 p.m. is continued to **February 25, 2013, at 1:00 p.m.**

IT IS SO ORDERED.

Dated:   **January 24, 2013**          /s/ **Barbara A. McAuliffe**
                                  UNITED STATES MAGISTRATE JUDGE