**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, AMRITDEEP MANN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 12-cr-00340-AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND SENTENCING SCHEDULE AND ORDER |
| v. | |
| **AMRITDEEP MANN,** | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for June 9, 2014, 1:30 p.m. be continued to **June 30, 2014, at 1:30 p.m.** before the Honorable Anthony W. Ishii.  The need for a continuance is based upon defense counsel's need for additional time to fully address issues attendant to sentencing and to be able to fully advise the defendant.  This is pursuant to an understanding between counsel for the Defendant and Assistant U.S. Attorney Kevin Rooney.

**IT IS THEREFOR STIPULATED** that the following proposed sentencing scheduled be followed:

    Informal Objections due:            June 9, 2014
    Sentencing Memorandum due           June 23, 2014
    Judgment and Sentencing Date:       June 30, 2014

1

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.

**IT IS SO STIPULATED.**

Dated: May 22, 2014.                    Respectfully submitted,

                                        NUTTALL & COLEMAN


                                        By /s/ ROGER T. NUTTALL
                                            ROGER T. NUTTALL
                                            Attorneys for Defendant,
                                            AMRITDEEP MANN

Dated: May 22, 2014.                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        By /s/ KEVIN ROONEY
                                            KEVIN ROONEY
                                            Assistant U.S. Attorney




**ORDER**

Good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on June 9, 2014, at 1:30 p.m., is continued to **June 30, 2014, at 1:30 p.m.**

**IT IS FURTHER ORDERED** that the above-proposed sentencing schedule shall be followed.

IT IS SO ORDERED.

Dated:  May 22, 2014                    _____
                                        SENIOR DISTRICT JUDGE

2