**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, AMRITDEEP MANN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>AMRITDEEP MANN,<br><br>        Defendant. | No. 12-cr-00340-AWI<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |

   **IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for June 30, 2014, at 1:30 p.m. be continued to **August 4, 2014, at 1:30 p.m.** before the Honorable Anthony W. Ishii.  The need for a continuance is based upon defense counsel's need for additional time to fully address issues attendant to sentencing and to be able to fully advise the defendant.  This is pursuant to an understanding between counsel for the Defendant and Assistant U.S. Attorney Kevin Rooney.

   Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.

///

1

IT IS SO STIPULATED.

Dated: June 24, 2014.          Respectfully submitted,

                                            NUTTALL & COLEMAN

By /s/ ROGER T. NUTTALL
    ROGER T. NUTTALL
    Attorneys for Defendant,
    AMRITDEEP MANN

Dated: June 24, 2014.          BENJAMIN B. WAGNER
                               United States Attorney

By /s/ KEVIN ROONEY
    KEVIN ROONEY
    Assistant U.S. Attorney

**ORDER**

Good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on June 30, 2014, at 1:30 p.m., is continued to **August 4, 2014, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: June 24, 2014

SENIOR DISTRICT JUDGE

2