**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, AMRITDEEP MANN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMRITDEEP MANN,<br><br>　　　　Defendant. | No. 12-cr-00340-AWI<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for August 4, 2014, at 1:30 p.m. be continued to **September 15, 2014, at 1:30 p.m.** before the Honorable Anthony W. Ishii. The need for a continuance is based upon defense counsel's need for additional time to fully address issues attendant to sentencing and to be able to fully advise the defendant. This is pursuant to an understanding between counsel for the Defendant and Assistant U.S. Attorney Kevin Rooney.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.

///

IT IS SO STIPULATED.

Dated: July 29, 2014.                    Respectfully submitted,

                                         NUTTALL & COLEMAN


                                         By /s/ ROGER T. NUTTALL
                                              ROGER T. NUTTALL
                                              Attorneys for Defendant,
                                              AMRITDEEP MANN

Dated: July 29, 2014.                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         By /s/ KEVIN ROONEY
                                              KEVIN ROONEY
                                              Assistant U.S. Attorney

## ORDER

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on August 4, 2014, at 1:30 p.m., is continued to **September 15, 2014, at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  July 30, 2014                   _____
                                                SENIOR DISTRICT JUDGE