**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
              AMRITDEEP MANN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:12-CR-00340-AWI-BAM |
| **Plaintiff,** | **DEFENDANT, AMRITDEEP MANN'S, APPLICATION FOR ORDER RETURNING PASSPORT AND ORDER THEREON** |
| **v.** | |
| **AMRITDEEP MANN, et al.,** | |
| **Defendants.** | |

   Defendant, AMRITDEEP MANN, by and through his attorney of record, ROGER T. NUTTALL, hereby moves this Court for an order returning Mr. MANN's passport to counsel forthwith

   On September 15, 2014, AMRITDEEP MANN appeared before this Court for sentencing.  He was sentenced to 61 months in custody.

   Therefore, it is respectfully requested that Mr. MANN's passport (No. ----8967) in the possession of the Drug Enforcement
///
///
///
///

1

Administration as Exhibit N-39 be returned to counsel for *Defendant forthwith.*

Dated: November 3, 2014.         Respectfully submitted,

NUTTALL & COLEMAN

By /s/ ROGER T. NUTTALL
   ROGER T. NUTTALL
   Attorneys for Defendant,
   AMRITDEEP MANN

## ORDER

Good cause appearing therefor, Defendant, AMRITDEEP MANN's, passport currently in the possession of the Drug Enforcement Administration (Passport #----8967) as Exhibit N-39 be returned to Roger T. Nuttall, counsel for Defendant, forthwith.

IT IS SO ORDERED.

Dated:   November 4, 2014                    _____
                                             SENIOR DISTRICT JUDGE

2